**Deroughous LARRY, Respondent,**

v.

**Tim LITTLE and Spencer Leasing, L.L.C., Appellants.**

**WD 79114**

Missouri Court of Appeals, Western District.

ORDER FILED: October 4, 2016

Rehearing Denied November 1, 2016

---

Kevin D. Stanley and Jonathan M. Soper, Independence, MO, Attorneys for Respondent.

William T. Bernard, Kansas City, MO, Attorney for Appellants.

Before Division Two: Karen King Mitchell, Presiding Judge, and Cynthia L. Martin and Gary D. Witt, Judges

### Order

Per Curiam:

Spencer Leasing, L.L.C. and Tim Little appeal, following a jury trial, the trial court's award of damages in favor of Deroughous Larry for injuries Larry sustained when he was struck by a van driven by Little in a parking lot. We affirm. Rule 84.16(b).